

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00074-CR

TYRONE DENARD ANDERSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 29512

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Court reporter Julie Vrooman recorded the trial court proceedings in cause number 06-14-00074-CR, styled *Tyrone Denard Anderson v. The State of Texas*, trial court cause number 29512 in the 354th Judicial District Court of Hunt County, Texas. The reporter's record was originally due in this case May 27, 2014. Vrooman has twice requested and twice received extensions of the filing deadline, resulting in the most recent due date of July 28, 2014. Vrooman has now filed a third request seeking additional time to prepare the record in this appeal.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure the filing of the record in this case.

We overrule Vrooman's third request for an extension of time and order her to file the reporter's record in cause number 06-14-00074-CR, to be received by this Court no later than August 27, 2014. If the record is not received by August 27, we warn Vrooman that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date: August 5, 2014